# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alec Marsh,<br><br>    Plaintiff,<br><br>v.<br><br>J. Alexander's LLC,<br><br>    Defendant. | NO. CV-14-01038-PHX-SMM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 23, 2015, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim.

               Brian D. Karth
               District Court Executive/Clerk of Court

March 23, 2015

               s/ Kathy Gerchar
           By Deputy Clerk