Clifford P. Bendau, II (State Bar #030204)
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alec Marsh,<br><br>    Plaintiff,<br><br>vs.<br><br>J. Alexander's LLC,<br><br>    Defendant. | No. CV-14-01038-PHX-SMM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Alec Marsh, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 23rd Day of March, 2015.

RESPECTFULLY SUBMITTED this 20th Day of April, 2015.

**THE BENDAU LAW FIRM PLLC**

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
THE BENDAU LAW FIRM PLLC
6350 East Thomas Road, Suite 330
Scottsdale, Arizona 85251
Telephone: (480) 296-7887
Facsimile: (480) 429-3679
Email: cliffordbendau@bendaulaw.com
Attorney for Plaintiff

## Certificate of Service

I certify that on this 20th Day of April, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John L. Blanchard
Brandon A. Hale
OSBORN MALEDON, P.A.
2929 N. Central Ave., 21st Floor
Phoenix, AZ 85012-2793

Robert W. Horton
Mary Leigh Pirtle
BASS, BERRY & SIMS PLC
150 Third Ave. S., Ste. 800
Nashville, TN 37201
*Attorneys for Defendant*

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff