UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td></td><td>**FILED**</td></tr>
<tr><td></td><td>OCT 10 2018</td></tr>
<tr><td></td><td>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

ALEC MARSH,

        Plaintiff - Appellant,

  v.

J. ALEXANDER'S LLC,

        Defendant - Appellee.

No. 15-15791

D.C. No. 2:14-cv-01038-SMM
U.S. District Court for Arizona,
Phoenix

**MANDATE**

CRYSTAL SHEEHAN,

        Plaintiff - Appellant,

  v.

ROMULUS INCORPORATED, DBA
International House of Pancakes,

        Defendant - Appellee.

No. 15-15794

D.C. No. 2:14-cv-00464-SMM
U.S. District Court for Arizona,
Phoenix

SILVIA ALARCON,

        Plaintiff - Appellant,

  v.

ARRIBA ENTERPRISES
INCORPORATED, DBA Arriba

No. 15-16561

D.C. No. 2:14-cv-00465-SMM
U.S. District Court for Arizona,
Phoenix

Mexican Grill,

          Defendant - Appellee.

---

SAROSHA HOGAN; et al.,

          Plaintiffs - Appellants,

  v.

AMERICAN MULTI-CINEMA, INC.,
DBA AMC Theatres Esplanade 14,

          Defendant - Appellee.

No. 15-16659

D.C. Nos. 2:14-cv-00051-SMM,
2:14-cv-00766-SMM,
2:14-cv-00768-SMM,
2:14-cv-00769-SMM,
2:14-cv-01243-SMM,
2:14-cv-01244-SMM
U.S. District Court for Arizona,
Phoenix

---

NATHAN LLANOS, an individual,

          Plaintiff - Appellant,

  v.

P.F. CHANG'S CHINA BISTRO, INC.,

          Defendant - Appellee.

No. 16-15003

D.C. No. 2:14-cv-00261-SMM
U.S. District Court for Arizona,
Phoenix

---

KRISTEN ROMERO, an individual,

          Plaintiff - Appellant,

  v.

P.F. CHANG'S CHINA BISTRO, INC.,

No. 16-15004

D.C. No. 2:14-cv-00262-SMM
U.S. District Court for Arizona,
Phoenix

Defendant - Appellee.

ANDREW FIELDS, an individual,

        Plaintiff - Appellant,

  v.

P.F. CHANG'S CHINA BISTRO, INC.,

        Defendant - Appellee.

No. 16-15005

D.C. No. 2:14-cv-00263-SMM
U.S. District Court for Arizona,
Phoenix

ALTO WILLIAMS,

        Plaintiff - Appellant,

  v.

AMERICAN BLUE RIBBON
HOLDINGS, LLC,

        Defendant - Appellee.

No. 16-15118

D.C. No. 2:14-cv-01467-SMM
U.S. District Court for Arizona,
Phoenix

STEPHANIE R. FAUSNACHT,

        Plaintiff - Appellant,

  v.

LION'S DEN MANAGEMENT LLC,
DBA Denny's,

        Defendant - Appellee.

No. 16-16033

D.C. No. 2:15-cv-01561-SMM
U.S. District Court for Arizona,
Phoenix

The judgment of this Court, entered September 18, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in 15-15791 in the amount of $494.40, the appellee in 15-15794 in the amount of $817.50, the appellee in 15-16561 in the amount of $637.70, the appellee in 15-16659 in the amount of $1,128.10, and the appellee in 16-15003 in the amount of $156.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7