IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Alec Marsh, | Case No. 2:14-cv-01038-SMM |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR OUT OF STATE CLIENT REPRESENTATIVE TO APPEAR TELEPHONICALLY AT RULE 16 SCHEDULING CONFERENCE** |
| vs. | |
| J. Alexander's LLC, | |
| Defendant. | |

Pursuant to Defendants Motion for Out of State Client Representative for Defendant to Appear Telephonically at Rule 16 Scheduling Conference and good cause appearing.

IT IS ORDERED that the out of state client representative for Defendant J, Alexander's LLC, may attend the May 21, 2019 at 1:30 p.m. Rule 16 Scheduling Conference telephonically.